IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MITCHELL BERNARD JOHNSON,   )
                            )
     Petitioner,            )
                            )        CIVIL ACTION NO.
     v.                     )          2:23cv560-MHT
                            )              (WO)
PHYLLIS MORGAN, Warden,     )
                            )
     Respondent.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Petitioner's objections (Doc. 13) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 11) is adopted.

(3) The petition for writ of habeas corpus (Doc. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of June, 2024.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE