IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MITCHELL BERNARD JOHNSON,    )
                             )
     Petitioner,             )
                             )    CIVIL ACTION NO.
     v.                      )      2:23cv560-MHT
                             )          (WO)
PHYLLIS MORGAN, Warden,      )
                             )
     Respondent.             )
```

**ORDER**

This cause is now before the court on remand from the Eleventh Circuit Court of Appeals for consideration of whether a certificate of appealability should issue. The court construes petitioner's notice of appeal (Doc. 16) as a motion for entry of a certificate of appealability. To obtain a certificate of appealability, the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing. For the reasons discussed in detail in the United States Magistrate Judge's report and recommendation (Doc. 11),

petitioner filed this action years after the statute of limitations had expired, failed to demonstrate any circumstances that would allow for equitable tolling of the limitations period, and failed to produce new evidence that he is innocent and that a fundamental miscarriage of justice therefore occurred.

***

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability (Doc. 16) is denied.

DONE, this the 10th day of December, 2024.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**