IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MITCHELL BERNARD JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>PHYLLIS MORGAN, Warden,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:23cv560-MHT<br>(WO) |

OPINION AND ORDER

Pursuant to 28 U.S.C. § 2254, petitioner filed this habeas-corpus case. After this court denied the petition as time-barred, petitioner filed a motion for relief from judgment and later filed a motion for leave to amend the motion for relief from judgment. This case is now before the court on the recommendation of the United States Magistrate Judge that the motion for relief from judgment and the motion for leave to amend be denied. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the objections should be overruled and the magistrate judge's recommendation adopted.

Accordingly, it is ORDERED that:

(1) Petitioner's objections (Doc. 33) are overruled.

(2) The magistrate judge's recommendation (Doc. 30) is adopted.

(3) The motion for relief from judgment (Doc. 24) is denied.

(4) The motion for leave to amend (Doc. 27) is denied.

(5) The motion for status update (Doc. 28) is denied as moot.

DONE, this the 10th day of September, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE