IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MITCHELL BERNARD JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:23cv560-MHT |
| | ) | (WO) |
| PHYLLIS MORGAN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

This cause is now before the court on petitioner's motion for a certificate of appealability (Doc. 37). Petitioner, whose 28 U.S.C. § 2254 petition was denied as time-barred in 2024, and who was twice denied a certificate of appealability to appeal that denial, thereafter filed a motion for relief from the judgment pursuant to Federal Rule of Civil Procedure 60(b). This court denied the motion. Petitioner now seeks to appeal that denial. To obtain a certificate of appealability to appeal, the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds that

the petitioner has failed to make such a showing.

***

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability (Doc. 37) is denied.

DONE, this the 22nd day of October, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE